IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


DEMETRIEL LAQUINTON FLOYD, SR.                                    PLAINTIFF

v.                                    Case No. 4:26-cv-4032

TERRY ANDY MORRIS;
BRIANNA BURRIS; and
JACOB KIMMEL                                                      DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto.* Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED**, this 20th day of July, 2026.


/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge